Case 1:19-cr-00862-VEC   Document 407   Filed 06/09/21   Page 1 of 2

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/9/2021

**MEMO ENDORSED**

LAW OFFICES OF
# STEPHEN TURANO

sturano@turanolaw.com

| | |
|---|---|
| 275 MADISON AVENUE<br>35TH FLOOR<br>NEW YORK, NY 10016 | 60 PARK PLACE<br>SUITE 1101<br>NEWARK, NJ 07102 |
| TEL (917) 974-1781<br>FAX (212) 208-2981 | TEL (973) 648-6777<br>FAX (212) 208-2981 |

REPLY TO NEW JERSEY OFFICE

June 6, 2021

By ECF
The Honorable Valerie E. Caproni
United States District Judge
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

    Re:    United States v. Velez
                19 Cr. 862 (VEC)

Dear Judge Caproni:

    I represent Raimundo Nieves in the above-referenced matter. I am currently on trial in *United States v. Narsan Lingala,* 19-cr.-110, before the Honorable Freda L. Wolfson in the United States District Court, District of New Jersey.

    Accordingly, I request that counsel for Louis V. Fasulo, Esq., counsel for one of Mr. Nieves's co-defendants, be permitted to stand in for me for purposes of the June 10, 2021 conference only. I have discussed with Mr. Fasulo and he has consented to this request.

                Respectfully submitted,

                /s/ *Stephen Turano*

                Stephen Turano
                Attorney for Raimundo Nieves

cc:    Counsel for the Government (by ECF and email)

Application DENIED as moot.  Mr. Nieves's status conference has been adjourned to Thursday, July 1, 2021 at 11:00 A.M.  *See* Order, Dkt. 404.

SO ORDERED.

Date: June 9, 2021

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE