# ZEMAN & WOMBLE, LLP

KEN WOMBLE  
20 VESEY STREET, RM 400  
NEW YORK, NY 10007

P (718) 514 - 9100  
F (917) 210 - 3700  
WOMBLE@ZEMANWOMBLELAW.COM

WWW.ZEMANWOMBLELAW.COM

---

USDC SDNY  
DOCUMENT  
ELECTRONICALLY FILED  
DOC #: _____  
DATE FILED: 02/28/2022

February 28, 2022

**VIA E-MAIL**  
Hon. Valerie E. Caproni  
United States District Judge  
Thurgood Marshall United States Courthouse  
40 Foley Square  
New York, NY 10007

**MEMO ENDORSED**

Re: *United States v. Raimundo Nieves,* 19 Cr. 862 (VEC)

Dear Judge Caproni:

I along with Stephen Turano represent Raimundo Nieves in the above-referenced matter and submit this letter requesting an adjournment of the sentencing currently scheduled for March 16, 2022.

On November 30, 2021, Mr. Neives appeared before Your Honor and entered a plea of guilty. On December 27, 2021, in response to the surge of COVID cases from the omicron variant, MDC Brooklyn, where Mr. Nieves is detained, went on lockdown. On January 24, 2022, Your Honor approved funds for Mitigation Specialist Julie Smyth to join the defense team and assist in preparing for sentencing. Then, just as the BOP was lifting its COVID lockdown, an incident at a Texas facility caused another nationwide lockdown.

Due to these lockdowns, counsel was unable to meet with our client until last week. Ms. Smyth has not yet been able to meet with Mr. Nieves, although she intends to do so this week. The lack of access to our client has made it impossible to do the significant work required to properly prepare for sentencing. Accordingly, we request an adjournment of approximately 90 days to a date convenient for the Court's schedule.

Thank you for your consideration of this request.

Respectfully submitted,

*Ken Womble*

Ken Womble  
Counsel for Raimundo Nieves

---

Application GRANTED. Mr. Nieves' sentencing, which is currently scheduled for Wednesday, March 16, 2022 at 10:30 A.M., is hereby adjourned to **Monday, June 6, 2022 at 11:00 A.M.** Sentencing submissions are due no later than **Monday, May 23, 2022**.

SO ORDERED.

*[Signature]*  
Date: February 28, 2022

HON. VALERIE CAPRONI  
UNITED STATES DISTRICT JUDGE