# ZEMAN & WOMBLE, LLP

KEN WOMBLE
20 VESEY STREET, RM 400
NEW YORK, NY 10007

P  (718) 514 - 9100
F  (917) 210 - 3700
WOMBLE@ZEMANWOMBLELAW.COM

WWW.ZEMANWOMBLELAW.COM

---

**VIA E-MAIL**
Hon. Valerie E. Caproni
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

May 2, 2022

**MEMO ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 05/02/2022

Re: *United States v. Raimundo Nieves,* 19 Cr. 862 (VEC)

Dear Judge Caproni:

    I along with Stephen Turano represent Raimundo Nieves in the above-referenced matter and submit this letter (1) requesting an adjournment of the sentencing currently scheduled for June 6, 2022 and (2) requesting the Court endorse the attached proposed order to facilitate obtaining relevant records from the New York City Department of Education (NYC DOE).  We have conferred with the Government and they have no objection to this request.

    In order to assist us in our sentencing advocacy on behalf of Mr. Nieves, we retained, with your Honor's approval, mitigation specialist Julie Smyth. Ms. Smyth has since been seeking and obtaining records and conducting interviews to explore Mr. Nieves' background and personal history. As part of those efforts, Ms. Smyth has determined that the NYC DOE maintains records that are important to a complete assessment of Mr. Nieves' background.

    With respect to the records we seek from New York City Department of Education, all that is typically required is a notarized letter from Mr. Nieves authorizing the release of those records. While we have provided such authorization to the DOE, they have yet to provide the requested records.  Accordingly, in order to obtain the necessary records without further delay, we are providing the Court with a proposed order to the New York City Department of Education.

    It is important that we be permitted to obtain the necessary records to properly prepare for Mr. Nieves' sentencing.  Accordingly, we respectfully request an adjournment of approximately 90 days to a date convenient for the Court's schedule.  We also request that the Court sign the attached proposed Order.

    Thank you for your consideration of this request.

Respectfully submitted,

*Ken Womble*

Ken Womble
Counsel for Raimundo Nieves

Application GRANTED.

Mr. Nieves' sentencing, currently scheduled for Monday, June 6, 2022 at 11:00 A.M., is adjourned to **Tuesday, October 4, 2022 at 11:00 A.M.**  Sentencing submissions are due no later than **Tuesday, September 20, 2022**.  Due to the lengthy adjournment, the Court is unlikely to further adjourn the sentencing.

SO ORDERED.

Date: May 2, 2022

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE