USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 05/02/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
UNITED STATES OF AMERICA,                :

   -against-                                              :        ORDER

RAIMUNDO NIEVES,                                 :        19 CR 862 (VEC)

                Defendant.                 :
-------------------------------------------------------x

Upon the letter application, dated May 2, 2022, of Ken Womble, attorney for the defendant, RAIMUNDO NIEVES, and for the reasons set forth therein:

IT IS HEREBY ORDERED, that, on or before May 23, 2022, the New York City Department of Education shall provide to Julie Smyth, LMSW, all records in its possession, custody or control, including but not limited to school records and transcripts, as well as special education and Committees on Special Education records, regarding Raimundo Nieves.

Dated:  New York, New York
         May 2, 2022

                                          SO ORDERED:

                                          _____
                                          Hon. Valerie E. Caproni,
                                          United States District Judge