# ZEMAN & WOMBLE, LLP

KEN WOMBLE
20 VESEY STREET, RM 400
NEW YORK, NY 10007

P  (718) 514 - 9100
F  (917) 210 - 3700
WOMBLE@ZEMANWOMBLELAW.COM

WWW.ZEMANWOMBLELAW.COM

August 26, 2022

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  08/29/2022

**MEMO ENDORSED**

**VIA E-MAIL**
Hon. Valerie E. Caproni
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Re:     *USA v. Raimundo Nieves*
         19 CR 862 (VEC)

Dear Judge Caproni:

I, along with Stephen Turano, represent Raimundo Nieves in the above-referenced matter and submit this letter respectfully requesting a brief adjournment of the sentencing hearing currently scheduled for October 4, 2022 at 11am.  We have conferred with the government and they consent to this request.

I am scheduled to begin a trial on October 4, 2022 that appears certain to proceed (US v. Adelglass, 20 CR 605 (KMW)).  This trial should last approximately two to two and a half weeks. The Court's law clerk has informed me that the Court has availability on October 24, 2022. The defense and government are both available on October 24, 2022 at any time convenient for Your Honor.

Accordingly, I respectfully request that the Court adjourn the sentencing hearing to October 24, 2022.

Thank you for your consideration of this request.

Application GRANTED.  The sentencing hearing in this matter is adjourned until **11 AM on Monday, October 24, 2022**.  The parties' sentencing submissions are due no later than **Monday, October 10, 2022**.  The Clerk of Court is respectfully directed to terminate the open motions at docket entries 848 and 849.

 SO ORDERED.

*Valerie Caproni*                          08/29/2022

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE

Respectfully submitted,

*Ken Womble*

Ken Womble
Counsel for Raimundo Nieves