# ZEMAN & WOMBLE, LLP

KEN WOMBLE                                                                                   P (718) 514 - 9100
20 VESEY STREET, RM 400                                                           F (917) 210 - 3700
NEW YORK, NY 10007                                               WOMBLE@ZEMANWOMBLELAW.COM

WWW.ZEMANWOMBLELAW.COM

---

September 23, 2022

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 09/23/2022

**MEMO ENDORSED**

**VIA E-MAIL**
Hon. Valerie E. Caproni
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Re:   *USA v. Raimundo Nieves*
      19 CR 862 (VEC)

Dear Judge Caproni:

I, along with Stephen Turano, represent Raimundo Nieves in the above-referenced matter and submit this letter respectfully requesting another brief adjournment of the sentencing hearing currently scheduled for October 24, 2022. We have conferred with the government and they consent to this request.

The Court recently granted our request to adjourn Mr. Nieves' sentencing date from October 4, 2022 to October 24, 2022 (Dkt. 850) to accommodate my trial schedule. On September 19, 2022, my trial case was reassigned from Judge Kimba Wood to Judge Jed Rakoff (*U.S. v. Adelglass*, 21 Cr. 605 (JSR)). During a status conference before Judge Rakoff on September 20, 2022, although I informed the Court of the October 24, 2022 sentencing date for Mr. Nieves, Judge Rakoff's schedule forced him to reset the first day of trial to October 24, 2022. Since then, I have conferred with co-counsel, the government and Your Honor's court staff, and all parties are available on November 15, 2022

Accordingly, I respectfully request that the Court adjourn the sentencing hearing to any time convenient for the Court on November 15, 2022.

Thank you for your consideration of this request.

Application GRANTED. The sentencing hearing in this matter is adjourned until **Tuesday, November 15, 2022, at 11:00 A.M.** The parties' sentencing submissions are due no later than **November 1, 2022.**

SO ORDERED.

*Valerie Caproni*   09/23/2022

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE

Respectfully submitted,

*Ken Womble*

Ken Womble
Counsel for Raimundo Nieves

Cc: AUSA Elinor Tarlow, AUSA David Robles, AUSA Adam Hobson