```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/02/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
UNITED STATES OF AMERICA             :
                                     :
     -against-                       :        19-CR-862 (VEC)
                                     :
                                     :        ORDER
RAIMUNDO NIEVES,                     :
                                     :
                    Defendant.       :
------------------------------------------------------------ X

VALERIE CAPRONI, United States District Judge:

WHEREAS a sentencing hearing in this matter is currently scheduled for November 15, 2022; and

WHEREAS this time is no longer convenient for the Court.

IT IS HEREBY ORDERED that the sentencing hearing in this matter is rescheduled for **Friday, November 18, 2022, at 10:30 A.M.**  The sentencing will be held in Courtroom 443 of the Thurgood Marshall United States Courthouse, located at 40 Foley Square, New York, New York 10007.

**SO ORDERED.**

**Dated: November 2, 2022**
    **New York, NY**

_____
**VALERIE CAPRONI
United States District Judge**